UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICK POE**                                                                                                   **PLAINTIFF**

**v.**                                    **CASE NO. 4:06-CV-00088 GTE**

**WASTE MANAGEMENT OF ARKANSAS**                                              **DEFENDANT**

## ORDER

Based upon the representation to the Court that this case has been settled by agreement of the parties, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

Dated this 12th day of January, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE